
FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. BRADLEY MICHAEL CAMPOS, DEFENDANT(S). | CASE NUMBER 17-MJ-1533 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of  Defendant and for good cause shown , IT IS ORDERED that a detention hearing is set for  June 28 , 2017 , at  3:00  ☐ a.m. / ☒ p.m. before the Honorable  Carl Hoffman , in Courtroom  3C in USDC in Las Vegas .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 6/16/2017

U.S. ~~District Judge~~/Magistrate Judge